

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 APR 21 PM 4:34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAMARIS JACKSON      CIVIL ACTION

VERSUS      NUMBER: 07-00220

N. BURL CAIN      SECTION: "F"(5)

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Damaris Jackson, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 20th day of April, 2009.

UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____